Messrs. *Rudolph J. Kramer, Bruce A. Campbell,* and *Louis H. Cooke* for petitioner. *Mr. Arthur J. Freund* for respondents.

No. 240. ANDERSON ET AL. *v.* NORTHERN STATES CONTRACTING CO. ET AL.;

No. 241. BROWN ET AL. *v.* SWORDS-MCDOUGAL CO. ET AL.; and

No. 242. KNOX ET AL. *v.* MASSACHUSETTS BONDING & INSURANCE CO. See *ante,* p. 566.

No. 151. BOLLER *v.* KANSAS. See *ante,* p. 568.

No. 420. MILLER *v.* LYKES BROTHERS-RIPLEY S. S. CO. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Samuel Miller, pro se. Messrs. Geo. H. Terriberry, Jos. M. Rault,* and *Walter Carroll* for respondent.

No. 422. HAMMOND *v.* PLUMMER, WARDEN. November 7, 1938. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *C. L. Hammond, pro se.* No appearance for respondent.

No. 429. PREBYL *v.* PRUDENTIAL INSURANCE CO. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Milton Prebyl, pro se.* No appearance for respondent.